**HANNI M. FAKHOURY**
California Bar No. 252629
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ1133 |
| Plaintiff, | ) ) ) | |
| v. | ) | **NOTICE OF ATTORNEY APPEARANCE** |
| MARIO E. VALENZUELA-GALINDO, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

     Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

                                            Respectfully submitted,

Dated: April 18, 2008                  /s/ Hanni M. Fakhoury
                                                 HANNI M. FAKHOURY
                                                 Federal Defenders of San Diego, Inc.
                                                 e-mail: Hanni_Fakhoury@fd.org
                                                 Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED:  April 18, 2008              /s/ Hanni M. Fakhoury
                                    HANNI M. FAKHOURY
                                    e-mail: Hanni_Fakhoury@fd.org

2