FILED

08 APR 23 PM 1:12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT .

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 1274 H ——

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| MARIO ENRIQUE ) VALENZUELA-GALINDO, ) | |
| Defendant. ) | |

The grand jury charges:

On or about April 10, 2008, within the Southern District of California, defendant MARIO ENRIQUE VALENZUELA-GALINDO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from

//

//

CJB:em:San Diego
4/21/08

1 Mexico into the United States, that was a substantial step toward

2 committing the offense, all in violation of Title 8, United States

3 Code, Sections 1326(a) and (b).

4    It is further alleged that defendant MARIO ENRIQUE VALENZUELA-

5 GALINDO was removed from the United States subsequent to June 18,

6 1996.

7    DATED: April 23, 2008.

8                                            A TRUE BILL:

9

10                                           _____
                                             Foreperson
11

KAREN P. HEWITT
12 United States Attorney

13

14 By: _____
       CARLA J. BRESSLER
15     Assistant U.S. Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2