1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE P. HAN
   Assistant United States Attorney
3  California State Bar No. 250301
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5220
   Facsimile:  (619) 235-2757
6  Email: caroline.han@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8

9

10                             UNITED STATES DISTRICT COURT

11                         SOUTHERN DISTRICT OF CALIFORNIA

12
   UNITED STATES OF AMERICA,          )    Criminal Case No. 08-CR-1274-H
13                                     )
                  Plaintiff,           )
14                                     )    **NOTICE OF APPEARANCE**
               v.                      )
15                                     )
   JOSE ANTONIO VALENZUELA-GALINDO,    )
16                                     )
                                       )
17               Defendant.            )
                                       )
18

19  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

20      I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

21  above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice

22  under CivLR 83.3.c.3-4.

23      The following government attorneys (who are admitted to practice in this court or authorized

24  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

25  counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

26  activity in this case:

27      <u>Name</u>

28      None.

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5    Name

6    None.

7

8    Please call me at the above-listed number if you have any questions about this notice.

9    DATED: April 30, 2008.

                                            Respectfully submitted,

10
                                            KAREN P. HEWITT
11                                          United States Attorney

12                                          /s/ *Caroline P. Han*

13                                          CAROLINE P. HAN
                                            Assistant United States Attorney
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Notice of Appearance
     United States v. Valenzuela-Galindo          2                    08-CR-1274-H

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-1274-H |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| JOSE ANTONIO VALENZUELA-GALINDO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, Caroline Han, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated April 30, 2008, and this Certificate of Service, dated April 30, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Hanni Fakhoury**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Email: Hanni_Fakhoury@fd.org
*Attorney for defendant*

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on April 30, 2008.

       /s/ *Caroline P. Han*
       CAROLINE P. HAN
       Assistant United States Attorney