1  **HANNI M. FAKHOURY**
   California Bar No. 252629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Hanni_Fakhoury@fd.org

5  Attorneys for Mr. Valenzuela-Galindo

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | CASE NO.: 08CR1274-H |
| 12 | Plaintiff, ) | Date: May 27, 2008 |
| | ) | Time: 2:00 p.m. |
| 13 | v. ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| 14 | **MARIO ENRIQUE VALENZUELA-** ) | |
| | **GALINDO**, ) | (1) COMPEL DISCOVERY; |
| 15 | ) | (2) PRESERVE EVIDENCE; |
| | Defendant. ) | (3) DISMISS FOR GRAND JURY ERROR; |
| 16 | ) | AND |
| | ) | (4) GRANT LEAVE TO FILE FURTHER |
| 17 | ) | MOTIONS |

18  **TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, AND**
         **CAROLINE P. HAN, ASSISTANT UNITED STATES ATTORNEY:**
19

20      PLEASE TAKE NOTICE that on May 27, 2008, at 2:00 p.m., or as soon thereafter as counsel may

21  be heard, defendant, Mario Enrique Valenzuela-Galindo, by and through his attorneys, Hanni M. Fakhoury

22  and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following

23  motions.

24  ///

25  ///

26  ///

27  ///

28  ///

**MOTIONS**

Defendant, Mario Enrique Valenzuela-Galindo, by and through his attorneys, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Compel Discovery;

(2) Preserve Evidence;

(3) Dismiss For Grand Jury Error; and

(4) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: May 13, 2008           *s/ Hanni M. Fakhoury*
                              **HANNI M. FAKHOURY**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Valenzuela-Galindo

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Caroline Pineda Han
U S Attorneys Office
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5220
Fax: (619)235-2757
Email: Caroline.Han@usdoj.gov

Respectfully submitted,

Dated: May 13, 2008          /s/ *Hanni M. Fakhoury*
                             **HANNI M. FAKHOURY**
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Mr. Valenzuela-Galindo
                             Hanni_Fakhoury@fd.org